**United States District Court**
**Eastern District of New York**
**225 Cadman Plaza East**
**Brooklyn, NY 11201**
**February 10, 2014**

Milinda Henry Gomes
1402 N. Causeway Boulevard
Apt. 1106
Mandeville, LA  70471

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 2 1 2014 ★

BROOKLYN OFFICE

Re:    Magistrate Judge Lois Bloom
       Honorable Judge Roslynn R. Mauskopf

        **Civil Action No.  13-CV-5052**
                **(RRM)(LB)**

To Whom It May Concern:

        After careful examination of the allegation presented by the plaintiff, Mr. Babatunde Alabopo, I am compelled to say that he, Mr. Babatunde Olabopo, is mentally impaired or is a blatant liar…

1-  I, Milinda Henry Gomes, have never rented an apartment to Mr. Babatunde Olabopo. The apartment was rented by his mother who personally told me that he, Mr. Babatunde Olabopo, was mentally impaired, was also Bipolar, was also living and going to school in New Jersey and, from time to time, was arguing with his mother while visiting her in her apartment.
2-  - I never exchanged a word with the plaintiff during the very few times that he was visiting his mother who also told me that if I heard Mr. Olabopo's voice while arguing with her, just ignore him because "He was Bipolar."

        Therefore, there has never been any physical assault or threat on the life of the plaintiff. I hereby declared that the allegations made by the plaintiff are false. And I considered them null and void.

Sincerely,

Milinda H. Gomes
Defendant

Susan T. Leonard

Susan T. Leonard
ID# 54446
Notary Public
Expires at Death

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF NY

|  |  |  |
|---|---|---|
| BABATUNDE OLABOPO | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. 13-CV-5052 (RRM)(LB) |
| v. | ) | |
| PLEASE REFER TO THE NEXT PAGE FOR A LIST OF THE DEFENDANTS | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

AMENDED
## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PLEASE REFER TO THE NEXT PAGE FOR THE ADDRESSES TO THE DEFENDANTS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PRO SE:
BABATUNDE OLABOPO
PO BOX 20284
STATEN ISLAND, NY 10302

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JAN 08 2014          _____
                          *Signature of Clerk or Deputy Clerk*

# LIST OF DEFENDANTS

Milinda Henry Gomes,

The City of New York,

City of New York,

New York Police Department,

Norris, Badge # 6804,

Tjornhom, Badge # 6010,

Zaleski, Badge # 8987

Zielinski, Badge # 8664

New York City Department of Buildings,

Walter Olsen, Badge # 2186

FDNY

Jane Bragen

George Sotiroff

Verron Lewis

Best Century Realty Corporation

Actual Best Century Realty Corporation

Jon Silveri

# LIST OF DEFENDANTS
# & THEIR ADDRESSES

Defendant Milinda Henry Gomes, resides at 1402 N. Causeway Blvd, Mandeville, Louisiana 70471

Defendant The City of New York, resides at Corporation Counsel, 100 Church Street, NY, NY 10007

Defendant City of New York, resides at Corporation Counsel, 100 Church Street, NY, NY 10007

Defendant New York Police Department, resides at One Police Plaza, Madison St, NY, NY 10038

Defendant Norris (Badge #6804), resides at 122nd Precinct, 2320 Hylan Blvd, Staten Island, NY 10306

Defendant Tjornhom (Badge #6010), resides at 122nd Precinct, 2320 Hylan Blvd, Staten Island, NY 10306 ,

Defendant Zaleski (Badge #8987), resides at 122nd Precinct, 2320 Hylan Blvd, Staten Island, NY 10306 ,

Defendant Zielinski (Badge #8664) ), resides at 122nd Precinct, 2320 Hylan Blvd, Staten Island, NY 10306

Defendant New York City Department of Buildings, resides at 280 Broadway, 7th floor New York, NY 10007

Defendant Walter Olsen, resides at New York City Department of Buildings, 280 Broadway, 7th floor, New York, NY 10007

Defendant FDNY, resides at

Defendant Jane Bragen, resides at FDNY

Defendant George Sotiroff, resides at City of New York, Department of Housing Preservation and Development 180 Gold St NY, NY 10038

**1**

Defendant Verron Lewis, resides at resides at <u>City of New York, Department of Housing Preservation and Development 180 Gold St NY, NY 10038</u>

Defendant <u>Best Century Realty Corporation</u> resides at 1876 Watson Ave, Bronx, NY, NY 10472

Defendant <u>Actual Best Century Realty Corporation</u> resides at 1876 Watson Ave, Bronx, NY, NY 10472

Defendant <u>Best Century Realty Corporation</u> resides at <u>C/O Jon Silveri, ESQ, 65 Broadway, 7th fl. New York, New York 10006</u>

Defendant <u>Jon Silveri</u> resides at <u>Best Century Realty Corporation 1876 Watson Ave, Bronx, NY, NY 10472</u>

Defendant <u>Jon Silveri</u> resides at <u>65 Broadway, 7th fl. New York, New York 10006</u>

<u>2</u>