UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

BABATUNDE OLABOPO,

    Plaintiff,

v.

MILINDA HENRY GOMES, CITY OF NEW YORK, NEW YORK POLICE DEPARTMENT, NORRIS Badge #6804, TJORNHOM Badge #6010, ZALESKI Badge #8987, ZIELINSKI Badge #8664, NEW YORK CITY DEPARTMENT OF BUILDINGS, WALTER OWENS Badge #2186, FDNY, JANE BRAGEN, GEORGE SOTIROFF, VERRON LEWIS, BEST CENTURY REALTY CORPORATION, ACTUAL BEST CENTURY REALTY, And JON SILVERI.

    Defendants,

13 CV 5052 (RRM)(LB)

ANSWER

Defendants BEST CENTURY REALTY CORPORATION and JON SILVERI, by their attorney Jon M. Silveri,(appearing pro se for JON SILVERI), answering the complaint upon information and belief:

1.    Deny knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 1-17.

2.    Admits the portion of paragraph 18 that plaintiff paid $30.00, saw an apartment which he did not like. Denies that portion that plaintiff called police. Denies that portion of paragraph that his money wasn't returned and that there was a conversation about whether

the apartment was above or below ground. Denies knowledge or information to form a belief whether or not police cars refused to stop for the plaintiff.

3. Deny knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 19-21.

### Failure to State a Claim

4. The complaint fails to state a claim upon which relief can be granted.

### Improper Service

5. The defendants have not been properly served as shown by attached proof of service.

### Personal Jurisdiction

6. The defendants are not subject to the personal jurisdiction of this court.

### Diversity of Citizenship

7. Plaintiff has failed to establish diversity of citizenship between himself and these defendants.

Dated: February 20th, 2014

_____
JON M. SILVERI
1876 WATSON AVENUE
BRONX NEW YORK 10472
845 222 8393
JSILVERI@FRONTIERNET.NET
JS2641

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jake Rolanco (step son) , who is
designated by law to accept service of process on behalf of *(name of organization)* Best Century
Realty Corporation on *(date)* 1/31/14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/3/14

_____
Server's signature

Claudia Defrancesco
Printed name and title

3044 Ave N Brooklyn NY 11229
Server's address

Additional information regarding attempted service, etc:

[Notary stamp: CHRISTIAN WHITE, Notary Public - State of New York, NO. 01WH6262871, Qualified in Queens County, My Commission Expires Jan 6, 2017]

2/4/14

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                              13 CV 5052 (RRM)(LB)

---

BABATUNDE OLABOPO,

       Plaintiff,                                              13 CV 5052 (RRM)(LB)

          v.

MILINDA HENRY GOMES, CITY OF NEW YORK, NEW YORK
POLICE DEPARTMENT, NORRIS Badge #6804, TJORNHOM
Badge #6010, ZALESKI Badge #8987, ZIELINSKI Badge #8664,
NEW YORK CITY DEPARTMENT OF BUILDINGS, WALTER OWENS
Badge #2186, FDNY, JANE BRAGEN, GEORGE SOTIROFF,
VERRON LEWIS, BEST CENTURY REALTY CORPORATION,
ACTUAL BEST CENTURY REALTY, And JON SILVERI.

       Defendants,

---

ANSWER

---

LAW OFFICE OF JON M. SILVERI
1876 WATSON AVENUE
BRONX NEW YORK 10472
845 222 8393


TO:    UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK
        CADMAN PLAZA
        BROOKLYN N.Y.

        BABATUNDE OLABOPO
        P.O. BOX 20284
        STATEN ISLAND, N.Y. 10302

AFFIDAVIT OF SERVICE

_Jake Polanco_ being duly sworn and deposed says:

I am over 18 years of age and am not a party to this action.

On February 20th, 2014 I served the with answer on plaintiff herein Babatunde Olabopo at the address given for service , P.O. Box 20284, Staten Island, N.Y. 10302 by enclosing the answer in a U.S. Overnight Express Delivery Envelope which was properly address to:

Babatunde Olabopo
P.O. Box 20284
Staten Island N.Y. 10302

_Jake Polanco_

SWORN TO BEFORE ME
THIS 20 DAY OF FEBRUARY 2014

_____
NOTARY PUBLIC

VICTOR SCHURR
Notary Public, State of New York
No. A577067
Qualified in Westchester County
Commission Expires November 30, 2014

**Customer Copy**
Label 11-B, March 2004

**EXPRESS MAIL** — Post Office To Addressee

UNITED STATES POSTAL SERVICE®

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt Mo. ___ Day ___ Time ___ ☐ AM ☐ PM Employee Signature

Delivery Attempt Mo. ___ Day ___ Time ___ ☐ AM ☐ PM Employee Signature

Delivery Date Mo. ___ Day ___ Time ___ ☐ AM ☐ PM Employee Signature

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday   PHONE ( )   Mailer Signature

**TO:** (PLEASE PRINT)   PHONE ( )
BADATUNDE OLABODE
PO BOX 20264
STH IsLAD NY 10302

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
1 0 3 1 0 - 1 2 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

EG 988759447 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 10473
Day of Delivery: ☑ Next ☐ 2nd ☐ 2nd Del. Day
Postage: $ 10.95
Date Accepted Mo. 2 /Day 20 /Year 14
Scheduled Date of Delivery Month 2/21/14
Return Receipt Fee: $
Time Accepted 3:54 ☐ AM ☑ PM
Scheduled Time of Delivery ☐ Noon ☐ 3 PM Military
COD Fee: $    Insurance Fee: $
Flat Rate ☐ or Weight   ☐ 2nd Day ☐ 3rd Day
Total Postage & Fees: $ 16.95
lbs. ___ ozs. ___   Int'l Alpha Country Code
Acceptance Emp. Initials: RWJ

**FROM:** (PLEASE PRINT)   PHONE ( )
Jon Sillitti
1876 Watson Ave
Bx NY 10472

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811